IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL COOK | : CIVIL ACTION |
| v. | : |
| | : NO. 14-5842 |
| CITY OF PHILADELPHIA | : |

## ORDER

AND NOW, this 15th day of July 2015, upon consideration of Defendant City of Philadelphia's Motion for Summary Judgment (ECF Doc. No. 23), Plaintiff's Opposition (ECF Doc. No. 26) and Defendant's Reply (ECF Doc. No. 28), it is **ORDERED** Defendant's Motion (ECF Doc. No. 23) is **GRANTED** and Plaintiff's case is **DISMISSED with prejudice.**

The Clerk of Court shall close this matter.

KEARNEY, J.